**STATE v. BALLENGER**

[345 N.C. 626 (1997)]

STATE OF NORTH CAROLINA v. FRANKLIN BALLENGER

No. 352A96

(Filed 7 March 1997)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) of the decision of a divided panel of the Court of Appeals, 123 N.C. App. 179, 472 S.E.2d 572 (1996), reversing an order dismissing the charges against defendant entered by Eagles, J., on 5 May 1995, in Superior Court, Guilford County. Heard in the Supreme Court 11 February 1997.

*Michael F. Easley, Attorney General, by Christopher E. Allen, Assistant Attorney General, for the State.*

*James H. Price, III, P.A., by James H. Price, III, for defendant-appellant.*

*American Civil Liberties Union of North Carolina Legal Foundation, by Deborah K. Ross, amicus curiae.*

PER CURIAM.

AFFIRMED.